# SHER TREMONTE LLP

March 30, 2022          **MEMO ENDORSED**

**VIA ECF**

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> **Re:** *United States v. Susan Klein*, 18 Crim. 614 (KMK)

Dear Judge Karas:

I write on behalf of Susan Klein to respectfully request a temporary modification of Mrs. Klein's bail conditions to allow her to travel to Orlando, Florida for urgent family reasons. If permitted by the Court, Ms. Klein hopes to leave New York tomorrow, March 31, 2022.

The government and Pretrial Services do not object to this request.

I appreciate the Court's consideration.

Granted.

So Ordered.

3/30/22

Respectfully submitted,

/s/ Justine A. Harris

Justine A. Harris

cc:     All Counsel (via ECF)