**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

v.

Case No. 18-CR-614 (KMK)

**[PROPOSED] ORDER**
**EXONERATING BOND**

SUSAN KLEIN,

Defendant.

WHEREAS, on August 29, 2018, this Court ordered the release of Ms. Klein on a

$500,000 bond, to be co-signed by two financially responsible person.

WHEREAS, Ms. Klein has fully complied with the terms of her bond.

WHEREAS, on June 8, 2022, this Court sentenced Ms. Klein to time served and

supervised release.

IT IS HEREBY ORDERED, upon the application of counsel for Ms. Klein, that Ms.

Klein's bond in this matter is hereby exonerated and released, and all suretors on Ms. Klein's

bond are also released from any liability in connection with said bond.

IT IS FURTHER ORDERED, that U.S. Pretrial Services or any other agency that has

custody of Ms. Klein's passport return it to Ms. Klein or Ms. Klein's counsel in this matter.

Dated: White Plains, New York
       July  8 , 2022

                                    SO ORDERED

                                    The Honorable Kenneth M. Karas
                                    United States District Judge
                                    Southern District of New York

2