SHER TREMONTE LLP

August 17, 2022

**VIA ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

        Re:     *United States v. Susan Klein* **18 Crim. 614 (KMK)**

Dear Judge Karas:

      We write on behalf of our client, Susan Klein, to respectfully request that the Court approve travel to Lancaster, Pennsylvania, where Ms. Klein would like to take her grandchildren for vacation in the next two weeks. While, ordinarily, a request for domestic travel for a defendant on supervised release may be approved by the defendant's probation officer, both Ms. Klein and the undersigned have made numerous attempts to reach her supervising officer, as well as the Probation Department's main number, and have not received a response. We reached out to the government, who advised they did not know who Ms. Klein's probation officer was. Accordingly, since we are unable to obtain a response from Probation, we respectfully request that the Court authorize the travel.

      We appreciate Your Honor's consideration.

                                                          Respectfully submitted,

                                                          /s/ Justine A. Harris

                                                          Justine A. Harris
                                                          Noam Biale

                                                          *Attorneys for Susan Klein*

cc: All Counsel (via ECF)

90 Broad Street | 23rd Floor | New York, NY 10004
www.shertremonte.com | tel. 212.202.2600 | fax. 212.202.4156