# SHER TREMONTE LLP

MEMO ENDORSED

September 9, 2022

**VIA ECF**

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Re:** *United States v. Susan Klein*, **18 Crim. 614 (KMK)**

Dear Judge Karas:

I write on behalf of Susan Klein to respectfully request a temporary modification of Mrs. Klein's bail conditions to allow her to travel to Israel. As you know, Ms. Klein was sentenced to time served and one year of supervised release. She has satisfied her restitution obligation in full, and in August her husband, Peretz Klein, surrendered to custody. She now needs to go to Israel because her son and daughter-in-law, who were staying with her so that she could help care for their children, are returning to Israel where her daughter-in-law will attend an out-patient mental health program. While there helping her son's family, Ms. Klein will also explore Israel-based programs and treatment for her daughter, Raizel, who plans to travel with the family as well. If permitted by the Court, Ms. Klein hopes to leave New York September 19, 2022 and return by October 31, 2022.

The Probation Department has no objections, and the government defers to Probation.

I appreciate the Court's consideration.

Granted.

So Ordered.

9/12/22

Respectfully submitted,

/s/ Justine A. Harris

Justine A. Harris

cc: All Counsel (via ECF)